Shaun Darnell Garland, CDC#H-50209
_____
Name and Prisoner/Booking Number

California Health Care Facility
_____
Place of Confinement

7707 S. Austin Road
_____
Mailing Address

Stockton, CA  95213
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**FILED**

Mar 06, 2023

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN DARNELL GARLAND,
_____
(Full Name of Plaintiff)                    Plaintiff,

v.

(1) CAL. DEPT. OF CORREC. & REHAB.
_____
(Full Name of Defendant)

(2) CAL. CORR. HEALTH CARE SERVICES.

(3) CORRESP. AND APPEALS BRANCH, POLICY
_____
AND RISK MANAGEMENT SERV. CCHCS

(4) C. STALTENBERG, HEALTH CARE
_____
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. __2:23-cv-0418 DB (PC)__
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☒ Other: ADA 42 U.S.C. § 12131 et seq; RLUIPA, 42 U.S.C. § 2000 et seq.

2. Institution/city where violation occurred: CALIFORNIA HEALTH CARE FACILITY

GRIEVANCE OFFICE REP, CHCF.

G. CHURCH, DO CHIEF PHYSICIAN
& SURGEON, E YARD, CHCF.

S. GATES, CHIEF, HEALTH CARE
CORRESP. AND APPEALS BRANCH,
POLICY AND RISK MANAGEMENT
SERVICES, CCHCS.

DOES 1 THROUGH 50.

## B. DEFENDANTS

1.  Name of first Defendant: CAL. DEPT. OF CORR. AND REHAB The first Defendant is employed as:
    _____at_____.
             (Position and Title)                                (Institution)

2.  Name of second Defendant: CAL. CORR. HEALTH CARE The second Defendant is employed as:
                          SERVICES         at_____.
             (Position and Title)                                (Institution)

3.  Name of third Defendant CORRESP. AND APPEALS BRANCH. The third Defendant is employed as:
                    POLICY AND MANAGEMENT SERV., CCHCS.
             (Position and Title)                                (Institution)

4.  Name of fourth Defendant: C. STALTENBERG, . The fourth Defendant is employed as:
    HEALTH CARE GRIEVANCE OFFICE REP. at CHCF
             (Position and Title)                                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2.  If yes, how many lawsuits have you filed? __4__. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: Shaun Darnell Garland v. Kathleen Allison
        2.  Court and case number: U.S.D.C. EASTERN DISTRICT, SACRAMENTO DIVISION
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dispositive motions
            2:21-cv-00796-DAD-DMC            under consideration.

    b.  Second prior lawsuit:
        1.  Parties: Shaun Darnell Garland v. Carlos Flores
        2.  Court and case number: 2:20-cv-01061-DAD-JDP U.S.D.C. EASTERN DISTRICT
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) In Summary
            Judgment

    c.  Third prior lawsuit:
        1.  Parties Shaun Darnell Garland v. CAL. DEPT. OF CORR. & REHAB.
        2.  Court and case number: 2:22-cv-01494-EFB U.S.D.C. EASTERN DISTRICT.
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) Magistrate
            Screening First Amended Complaint

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

B. DEFENDANTS
continued

5. G. CHURCH, DO CHIEF PHYSICIAN & SURGEON, E YARD, CHCF
6. S. GATES, CHIEF, HEALTH CARE CORRESP. AND APPEALS BRANCH, POLICY AND RISK MANAGEMENT SERVICES, CCHCS.
7. DOES 1 THROUGH 50

# D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: <u>Americans with Disability</u> ~~Act, ADA, 42 U.S.C. § 12131 et seq, Title II~~

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☒ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: <u>Rehabilitation Act of 1973</u>
   <u>29 U.S.C. § 794</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>1) The Holy month of Ramadan requires that all able bodied Muslims fast during the daylight hous, refraining from consuming food and drink until after sunset, when the fast is broken with the Maghrib prayer, followed by the consumption of food and drink.</u>
   <u>2) The "Sahoor"meal is provided for the fasting Muslim during Ramadan. "Sahoor" consists of a modest meal of a cou ple of dates, a portion of dry cereal, a carton of milk, two slices of bread, a packet of peanut butter and jelly, and a pastry may be added, for the fasting Muslim to consume after the Fard prayer, before the sunrise, to help them make it successfully through the daylight hours.</u>
   <u>3) Ramadan began approximately April 1, 2022, at that time plaintiff received his "Sahoor"meal along with the other Muslims in the EIE housing unit.</u>
   <u>Plaintiff is a porter in the unit and he was responsible for heating the regular trays and for passing out the "Sahoor" meal.</u>
   <u>4) The "Sahoor" meal was issued to plaintiff for approx. two days, when he and fellow Muslim Ronald Beasley were discontinued from receiving "Sahoor",</u>
   continued on pg. 3-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>Plaintiffs Americans with Disability Act, ADA, accommodation request to receive pureed "Sahoor" meal during the Holy Month of Ramadan is denied although plaintiff is a Muslim and qualified to receive "Sahoor" as other Muslims, due to his Islamic faith and his medical/special puree diet, defs.</u> enforcing an unwritten policy or custom, unfer color of law, proximately cause injury, by ratifying infirm practic

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?     ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?     ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.    <u>N/A</u>

based upon their receiving a prescribed medical/special diet, regular
puree and renal non-dialysis, respectively.
6) Plaintiff is prescribed regular puree diet due to Multiple Myeloma
cancer and Mr. Beasley receives medical diet for cancer, called renal
non-dialysis, the two diets are the same, but for the name.
7) On April 3, 2022, plaintiff filed an emergency health care grievance,
CHCF HC 22000553, apprising the institution of his being deprived of
his "Sahoor" meal, so that he can receive it as other fasting Muslims are,
in accord with the Americans with Disability Act, ADA, as he is qualified
to participate in this program, particularly asking that the "Sahoor" be
pureed.
8) On April 18, 2022, the institution in the person of C.Staltenberg,
Health Care Grievance Office Representative, California Health Care Facility,
rejected the emergency grievance stating that this was "not health care
jurisdiction."
9) Plaintiff sent the emergency grievance to HC Headquarters for re-
view. He included documents demonstrating tha Mr. Beasley began to receive
his "Sahoor" meal after consulting with his primary care physician, a
Dr. Nathaniel, per whose order his special/medical diet was changed to
"regular", allowing for him to receive the "Sahoor" meal, a change that
was for superficial purposes, because he continued to receive his renal
non-dialysis puree meals throughout the entire Holy Month of Ramadan fast,
this grievance was mailed approximately April 27, 2022.
10) The HC Headquarters, for some reason, returned the HC grievance  to CHCF,
because it was clear that the "not health care jurisdiction" decision of
C. Staltenberg, was undermined by the documents plaintiff provided to the
HC HQs, and when the matter was received at CHCF, the plaintiff is iter-
viewed by RN Thati, om July 5, 2022, regarding health care request form
dated June 6, 2022, attached to CHCF HC 22000553, who agreed that there
is no remedy for this grievance since the Holy Month of Ramadan has cul-
minated, and the next opportunity to rectify the matter would be the
next Holy Month of Ramadan, in 2023.
11) The grievance was returned to the HC Headquarters, on July 14, 2022,
wherein Chief, S. Gates, Health Care Correspondence and Appeals Branch
Policy and Risk Management Services, California Correctional Health Care
Services, response to C. Staltenbergs, "not health care jurisdiction"
decision and G Church, DO, Chief Physicician and Surgeon, E Yard, Califor-
nia Health Care Facility, with its "no intervention" decison dated August
23, 2022, was to abdicate the opportunity, while possessing the power
to do so, to rectify, modify or ameliorate the institutions wrongful
position, choosing instead to ratify the acts and omissions complained
of by the plaintiff, sustaing the injury, under color of law.

ppg. 3-A

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: U.S. Constitutional
Fourteenth Amendment; Equal Protection Clause.

2.  **Claim II.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☒ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1) The Holy month of Ramadan requires that all able bodied Muslims fast during the daylight hours, refraining from consuming food and drink until after sunset, when the fast is broken with the Maghrib prrayer followed by the consumption of food and drink.
2) The "sahoor" meal is provided for the fasting Muslim during Ramadan. "Sahoor" consist of a modest meal of a couple of dates, a portion of dry cereal, a carton of milk, two slices of bread, a packet of peanut butter and jelly, for the fasting Muslim to consume after the Fard prayer, before the sunrise, to help them make it successfully through the daylight hours.
3) Ramadan began approximately April 1, 2022, at that time plaintiff received his "Sahoor" meal along with the other Muslims in the E1E housing unit. Plaintiff is a porter in the unit and he was responsible for heating the regular trays and for passing out the "Sahoor" meal.
4) The "Sahoor" meal was issued to plaintiff for approx. two days, when he and fellow Muslim Ronald Beasley were discontinued from receiving "Sahoor"' based upon their receiving a prescribed medical diet,regular puree and renal puree respectively.
5) Plaintiff is prescribed regular puree diet due to Multiple Myeloma cancer

continued on pg 4-A

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).
Plaintiffs sincerely held belifs and practices as a Muslim are subject to discrimination hwen he is excluded from the requirements of his faith to receive and participate fully in the Ramadan fast, when he is deprived from receiving the "Sahoor" meal, while similarly situated Muslims are allowed to receive "sahoor", as they receive same medical diet, under color of law, the proximate cause of injury.

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ N/A _____

4

puree and renal non-dialysis puree, respectively.

6) Plaintiff is prescribed regular puree diet due to Multiple Myeloma cancer, and Mr. Beasley receives medical special dit for cancer, called renal non-dialysis, the two diets are the same, but for the name.

7) On April 3, 2022, plaintiff filed an emergency health care grievance, CHCF HC 22000553, apprising the institution of his being deprived of his "Sahoor" meal, so that he can receive it as other fasting Muslims are, in accord with the Americans with Disability Act., ADA,, as he is qualified to participate in this program, particularly asking that the "Sahoor" be pureed.

8) On April 18, 2022, the institution in the person of C. Staltenberg, Health Care Grievance Office Representative, California Health Care Facility, rejected the emergency grievance stating that this was "not health care jurisdiction."

9) Plaintiff sent the emergency grievance to the HC Headquarters for review. He included documents demonstrating that Mr. Beasley began to receive his "Sahoor" meal after consulting with his primary care physician, a Dr. Nathaniel, per whose order his special/medical diet was changed to "regular", allowing for him to receive the "Sahoor" meal, a change that was for superficial purposes, because he continued to receive his renal non-dialysis puree meals throughout the entire Holy Ramadan fast, this grievance was mailed approximately April 27, 2022.

10) The HC Headquqrters, for some reason, returned the HC grievance to CHCF, because it was clear that the "not health care jurisdiction" decision of C. Staltenberg, was undermined by the documents plaintiff provided to the HC HQs, and when the matter was received at CHCF, the plaintiff is interviewed by RN Thati on July 5, 2022, regarding health care requst form dated June 6, 2022, attached to CHCF HC 22000553, who agreed that there is no remedy for this grievance since the Holy Month of Ramadan has culminated, and the next opportunity to rectify the matter would be the next H oly Month of Ramadan in 2023.

11) The greivance was returned to the HC Headquarters on July 14, 2022, wherein Chief S. Gates, Health Care Correspondence and Appeals Branch Policy and Risk Management Services, California Correctional Health Care Services, response to C. Staltenbergs, "not health care jurisdiction," and G. Church,DO, Chief Physician and Surgeon, E Yard, California Health Care Facility, with its "no intervention" decision dated August 23, 2022, was to abdicate the oppotunity, while possessing the power to do so, to rectify, modify, ameliorate the institutions wrongful position, choosing instead to ratify the acts and omissions complained of by plaintiff, sustaining the injury, under color of law.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __Religious Land Use and Institutionalized Persons Act of 2ooo, 42 U.S.C. § 2000 et seq.__ .

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities      ☐ Mail          ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property      ☒ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____ .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

1) The Holy month of Ramadan requires that all able bodied Muslims fast during the daylight hours, refraining from consuming food and drink until after sunset, when the fast is broken with the Maghrib prayer, followed by the consumption of food and drink.
2) The "Sahoor"meal is provided for the fasting Muslim during Ramadan. "Sahoor" consists of a modest meal of a couple of dates, a portion of dry cereal, a carton of milk, two slices of bread, a packet of peanut butter and jelly, for the fasting Muslim to consume after the Fard prayer, before the sunrise, to help them make it successfully through the daylight hours.
3) Ramadan began approximately April 1, 2022, at that time plaintiff received his "Sahoor" meal along with the other Muslims in the E1E housing unit. Plaintiff is a porter in the unit and he was responsible for heating the regular trays and for passing out the "Sahoor" meal.
4) The "Sahoor" meal was issued to plaintiff for approx. two days, when he and fellow Muslim Ronald Beasley, were discontinued from receiving "Sahoor" based upon their receiving a prescribed medical diet, regular puree and .

continued on pg. 5-A

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Plaintiff is deprived of his "Sahoor" meal, during the Holy Month of Ramadan, 2022, and when he petitions the institution to restore his "Sahoor", requisite for the fasting Muslim, he is denied, said deprivation under color of law, is opresive, considering the fact that similarly situated Muslim is allowed to receive "Sahoor", while plaintiff is denied.per unwritten policy or custom, proximate cause

5. **Administrative Remedies.** of injur

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                 ☒ Yes   ☐ No

b. Did you submit a request for administrative relief on Claim III?                    ☒ Yes   ☐ No

c. Did you appeal your request for relief on Claim III to the highest level?          ☒ Yes   ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____N/A_____ .

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

and renal non-dialysis puree, respectively.
5) Plaintiff is prescribed regular puree diet due to Multiple Myeloma
cancer, and Mr. Beasley receives medical special diet for cancer, called
renal non-dialysis, the two diets are the same, but for the name.
6) On April 3, 2022, plaintiff filed an emergrncy health care grievance,
CHCF HC 22000553, apprising the institution of his being deprived of his
"Sahoor" meal, so that he can receive it as other fasting Muslims are,
in accord with the Americans with Disability Act, ADA, as he is qualified
to participate in this program, particularly asking that the "Sahoor"be
pureed.
7) On April 18, 2022, the institution, in the person of C. Staltenberg,
Health Care Grievance Office Representative, California Health Care Facility,
rejected the emergency grievance stating that, "this was not health care
jurisdiction."
8) Plaintiff sent the emergency grievance to the HC Headquarters forre-
view. He included documents demonstrating that Mr. Beasley began to receive
his "Sahoor" meal after consulting with his primary care physician, a
Dr. Nathaniel, per whose order his special/medical diet was changed to
"regular", allowing for him to receive the "Sahoor" meal, a change that
was for superficial purposes, because he continued to receive his renal
non-dialysis puree meals throughout the entire Holy Ramadan fast, this
grievance was mailed approximately April 27, 2022.
9) The HC Headquarters, for some reason, returned the HC grievance to CHCF,
because it was clear that the "not health care jurisdiction" decision of
C. Staltenberg, was undermined by the documents plaintiff provided to the
HC HQs, and when the matter was received at CHCF, the plaintiff is inter-
viewed by RN Thati, on July 5, 2022, regarding health care request form
dated June 6, 2022, attached to CHCF HC 22000553, who agreed that there
is no remedy for this grievance since the Holy Month of Ramadan has cul-
minated, and the next opportunity to rectify the matter would be the
next Holy Month of Ramadan in 2023. On August 23, 2022, the institution,
in the person of G. Church, Chief Physician and Surgeon, E Yard, California
Health Care Facility, renders his decision of "no intervention", with
the plaintiff returning the HC grievance to Headquarters on July 14, 2022,
and again on August 29, 2022.
10)The grievance was returned to HC Headquarters twice as noted above,
on 7-14-22 and 8-29-22, whereing S. Gates, Chief, Health Care Correspon-
dence and Appeals Branch, Policy and Risk Management Services, California
Correctional Health Care Services, response to C. Staltenbergs, "not health
care jurisdiction" decision, and G. Church, DO Chief Physician and Surgeon,
E Yard, California Health Care Facility, with its "no intervention" decision,
dated August 23, 2022, was to abdicate the opportunity, while possessing
the power to do so, to rectify, modify, or ameliorate the institutions
wronggul position, choosing instead,to ratify the acts and omissions com-
plained of by plaintiff, sustaining the injury, under color of law.

pg. 5-A

**CLAIM IV**

1.   State the constitutional or other federal right that was violated: _Free Exercise Clause of Religion, First Amendment of the U.S. Constitution, via Fourteenth Amendment_

2.   **Claim IV.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
  ☐ Basic necessities        ☐ Mail            ☐ Access to the court      ☐ Medical care
  ☐ Disciplinary proceedings  ☐ Property        ☒ Exercise of religion      ☐ Retaliation
  ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim IV Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_1) The Holy month of Ramadan requires that all able bodied Muslims fast during the daylight hours, refraining from consuming food and drink until after sunset, when the fast is broken with the Maghrib prayer, followed by the consumption of food and drink._
_2) The "Sahoor" meal is provided for the fasting Muslim during Ramadan. "Sahoor" consists of a modest meal of a couple of dates, a portion of dry cereal, a carton of milk, two slices of bread, a packet of peanut butter and jelly, a pastry is often provided for the fasting Muslim to consume after the Fard prayer, before the sunrise, to help them make it successfully through the daylight hours._
_3) Ramadan began approximately April 1, 2022, at that time plaintiff received his "Sahoor" meal along with the other Muslims in the E1E housing unit. Plaintiff is a porter in the unit and he was responsible for heating the regular trays and for passing out the "Sahoor" meal._
_4) The "Sahoor" meal was issued to plaintiff for approx. two days, when he and fellow Muslim, Ronald Beasley, were discontinued from receiving "Sahoor",_

continued on pg. 6-A

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_Defendants named herein, acting under color of law, violate plaintiffs civil rights under 42 U.S.C. § 1983, when they enforce unwritten policy or custom, that deprives him from exercising his sincerely held beliefs and practices, by preventing him from receiving "Sahoor" meal during the Holy Month of Ramadan, making the spiritual fast more oppressive. the proximate cause of injury._

5.   **Administrative Remedies.**
  a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                        ☒ Yes  ☐ No
  b.   Did you submit a request for administrative relief on Claim IV?      ☒ Yes  ☐ No
  c.   Did you appeal your request for relief on Claim IV to the highest level?   ☐ Yes  ☐ No
  d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
  _____N/A_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

6

based upon their receiving a prescribed medical diet, regular puree and renal non-dialysis puree respectively.

5) Plaintiff is prescribed regular puree diet due to Multiple Myeloma cancer, and Mr. Beasley receives medical special diet for cancer, renal non-dialusis, the two diets are the same, but for the names.

6) On April 3, 2022, plaintiff filed an emergency health care grievance, CHCF HC 22000553, apprising the institution of his being deprived of his "Sahoor" meal, so that he can receive it as other fasting Muslims are, in accord with Title II of the Americans with Disability Act, ADA, as he is qualified to participate in this program, particularly asking that the "Sahoor" be pureed, also because of his sincerely held belief in his Islamic faith and practice.

7) On April 18, 2022, the institution, in the person of C. Staltenberg, Health Care Grievance Office Representative, California Health Care Facility, rejected the emergency grievance stating that, "this was not health care jurisdiction."

8) Plaintiff sent the emergency grievance to the HC Headquarters for re-view. He included documents demonstrating that Mr. Beasley began to receive his "Sahoor" meal after consulting with a Dr. Nathaniel, per whose order his special/medical diet was changed to "regular", allowing for him to receive the "Sahoor" meal, a change that was for superficial purposes, because he continued to receive his renal non-dialysis puree meals throughout the entire Holy Ramadan fast, this grievance was maile approxi-mately, April 27, 2022,

9) The HC Headquarters, for some reason, returned the HC emergency grievance to CHCF, because it was clear that the "not health care jurisdiction" decision of C. Staltenberg, was undermined by the documents plaintiff provided to the HC HQs, and when the matter was received at CHCF, the plaintiff is interviewed by RN Thati, on July 5, 2022, attached to CHCF HC 22000553, who agreed that there is no remedy for this grievance since the Holy Month of Ramadan has culminated, and the next opportunity to rectify the matter would be the next Holy Month of Ramadan in 2023.

10) On August 23, 2022, the institution, in the person of G. Church, Chief Physician and Surgeon, E Yard, California Health Care Facility, renders his/her decision of "no inter-vention", with the plaintiff returning the HC grievance to Headquarters, on July 14, 2022 and again on August 29, 2022.

11) The grievance was returned to HC Headquarters twice, as notrf above, on 7-14-22 and 8-29-22, wherein S. Gates, Chief, Health Care Correspondence and Appeals Branch, Policy and Risk Management Services, California Correctional Health Care Services, response to C. Staltenbergs, "not health care jurisdiction" decision, and G. Church, DO Chief Physician and Surgeon, E Yard, California Health Care Facility, with its "no intervention" decision, dated August 23, 2022, was to abdicate the opportunity, while possessing the power to do so, to rectify, modify, or ameliorate the institutions wrongfull position, choosing instead, to ratify the acts and omissions complained of by plaintiff, sustaining the injury, under color of law.

pg. 6-A

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Award compensatory damages, jointly and severally against Defendants
CDCR; CCHCS; C. STALTENBERG; S. GATES; G. CHURCH at $50,000.00 dollars
Award punitive damages, jointly and severally against Defendants
CDCR; CCHCS; C.STALTENBERG; S. GATES; G. CHURCH  at $20,000.00 dollars
Declaratory judgment, declaring the rights of the parties
Any further relief that the Court deems appropriate.
Defendants CDCR; CCHCS; C. STALTENBERG; S. GATES; G. CHURCH, are sued
in their Official capacity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 6, 2023___

DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.