UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. 2:23-cv-0418 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has requested a second extension of time to file an amended complaint pursuant to the court's order of November 8, 2023. Good cause appearing, this request will be granted. Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extension of time will be granted for this purpose absent good cause shown for extraordinary circumstances.

DATED: January 24, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
garl0418.36amc.sec