UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. 2:23-cv-0418 DB P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On January 24, 2024, the court granted plaintiff an extension of time of 30 days to file an amended complaint. On January 29, 2024, plaintiff requested leave to file an amended pleading for "ADA/RA." (ECF No. 14 at 1.) The court notes plaintiff previously attempted to plead a claim under the Americans with Disabilities Act, and construes plaintiff's request as seeking leave to additionally plead a claim under the Rehabilitation Act. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Sua sponte, the court grants plaintiff a further extension of time of 30 days to file an amended complaint; and

////

////

1

2. Plaintiff is granted leave to plead a claim or claims under the Rehabilitation Act to the extent such claims are based on the same or similar allegations set forth in the original complaint.

Dated:  February 22, 2024

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
garl0418.amnd.ra