IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUN DARNELL GARLAND,** | Case No. 2:23-cv-00418 DAD SCR |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | |
| Defendants. | |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On March 4, 2025, the undersigned referred the case to the court's early ADR program and stayed the proceedings for 120 days. (ECF No. 28.) Defendants have filed a motion to opt out of the early ADR project. (ECF No. 29.) Defendants' counsel explains that after investigating plaintiff's claims, discussing settlement with plaintiff, and discussing the case with counsel's supervisors, they have determined in good faith that a settlement conference would not be productive at this time.

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to opt-out of this Court's Post-Screening Early Alternative Dispute Resolution Program (ECF No. 29) is GRANTED.

2. The court's stay of this action entered on March 4, 2025 (ECF No. 28) is lifted.

3. Defendants shall file a responsive pleading within thirty (30) days of the issuance of this order.

IT IS SO ORDERED.

Dated: April 29, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE