1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**SHAUN DARNELL GARLAND,**                    Case No. 2:23-cv-00418 DAD SCR

12
                                   Plaintiff,    ~~**[PROPOSED]**~~ **ORDER GRANTING**
13                                               **DEFENDANTS' MOTION FOR**
                                                 **ADMINISTRATIVE RELIEF RE:**
14              v.                               **EXTENSION OF TIME TO FILE:**
                                                 **MOTION FOR SUMMARY JUDGMENT**
15   **CALIFORNIA DEPARTMENT OF**                **BY 31-DAYS**
     **CORRECTIONS AND**
16   **REHABILITATION, et al.,**

17                                 Defendants.

18

19        Defendants U. Chaudry and CDCR moved for administrative relief to extend the time to

20   file a motion for summary judgment before the deadline passed.  Having read and considered

21   Defendants' administrative motion and declaration of Defendants' counsel, and good cause

22   appearing, the Court **GRANTS** Defendants' motion for administrative relief.  Defendants may

23   file and serve their summary-judgment motion on or before **February 2, 2026**.

24   Dated: December 8, 2025

25

26

27   _____
     SEAN C. RIORDAN
     UNITED STATES MAGISTRATE JUDGE
28

1