UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND, | No. 2:23-cv-0418 DAD SCR P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

In the order dated May 8, 2026, resolving plaintiff's motion for discovery, the undersigned also ordered plaintiff to file an opposition to defendants' motion for summary judgment no later than June 7, 2026. ECF No. 44. Plaintiff has requested an extension of time to file the opposition. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

2. Plaintiff shall file an opposition to defendants' motion for summary judgment **no later than June 28, 2026**. Any reply shall be filed and served in accordance with Local Rule 230(*l*).

DATED: June 2, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE