IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUN DARNELL GARLAND,**<br>Plaintiff,<br>**v.**<br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br>Defendants. | Case No. 2:23-cv-00418 DAD SCR<br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE: REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT BY 21-DAYS** |

Defendants U. Chaudry and CDCR moved for administrative relief to extend the time to file a reply in support of their motion for summary judgment before the deadline passed. ECF No. 49. Having read and considered Defendants' administrative motion and declaration of Defendants' counsel, and good cause appearing, the Court **GRANTS** Defendants' motion for administrative relief. Defendants may file and serve their reply in support of Defendants' summary-judgment motion on or before **July 31, 2026**.

Dated: July 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE