UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN DARNELL GARLAND,<br>Plaintiff,<br>v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br>Defendants. | No. 2:23-cv-00418 DAD SCR<br><br><u>ORDER</u> |

Plaintiff filed a motion for extension of time to file a sur-reply and objections to the findings and recommendations on Defendants' motion for summary judgment. ECF No. 56. Plaintiff's request to file a sur-reply is denied. <u>See</u> Local Rule 230(m). He has not demonstrated good cause to vacate the findings and recommendations and reopen briefing. However, the undersigned will grant Plaintiff's request for the same extension of time to file objections that Defendants have received.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time (ECF No. 56) is GRANTED IN PART and DENIED IN PART as follows:

1. Plaintiff's request to file a sur-reply is DENIED; and
2. Plaintiff's request for an extension of time to file objections to the findings and recommendations on Defendants' motion for summary judgment (ECF No. 53) is GRANTED.

Plaintiff may file and serve his objections on or before September 29, 2026.

DATED: September 22, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE